# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

NSSX TRANSPORTATION, LLC,

    Petitioner,

v.                                                        Case No.   3:23-cv-1062-MMH-PDB

CSX TRANSPORTATION, INC.,

    Respondent.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Withdrawal of NSSX Petition to Compel Arbitration (Dkt. No. 32; Notice) filed on April 4, 2024. In the Notice, Petitioner requests to withdraw the Petition to Compel Arbitration, without prejudice. See Notice at 1. The Court was previously advised that the Petition to Compel Arbitration is moot. See Joint Status Report (Dkt. No. 30). Accordingly, it is hereby

**ORDERED:**

1.     This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 5th day of April, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record